**FILED**

FEB 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS and TANANA CHIEFS CONFERENCE, <br><br> Plaintiffs - Appellants, <br><br> CITY OF BETHEL, <br><br> Intervenor-Plaintiff, <br><br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE; et al., <br><br> Defendants - Appellees, <br><br> AT-SEA PROCESSORS ASSOCIATION and UNITED CATCHER BOATS, <br><br> Intervenor-Defendants - Appellees. | No. 25-3105 <br><br> D.C. No. 3:23-cv-00074-SLG District of Alaska, Anchorage <br><br> ORDER |

On or before March 11, 2026, counsel for appellants are requested to contact the mediator (Paula_Raffaelli@ca9.uscourts.gov) to report on the status of the case. Counsel are requested to include the Ninth Circuit case name and number in the subject line.

The briefing schedule previously set by the court is amended as follows: the opening brief is due May 19, 2026; the answering brief is due June 18, 2026;

the optional reply brief is due within 21 days from the service date of the answering brief.

FOR THE COURT:

By: Paula Raffaelli
Circuit Mediator